JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11- 8903 |
|                 Plaintiff, | |
|      vs. | CONSENT JUDGMENT |
| Mark Roberts, aka | |
| Mark E. Roberts, | |
|                Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Mark Roberts, aka Mark E. Roberts, in the principal amount of $4,932.34 plus interest accrued to August 2, 2011, in the sum of $10,084.12; with interest accruing thereafter at the daily rate of $1.22 until entry of judgment, for a total amount of **$15,016.46**.

DATED:  10/31/2011          By:_____ **Terry Nafisi**
                                        Clerk of the Court

                                        _____ **A. Martinez**
                                        Deputy Clerk
                            United States District Court